IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENNIS BROWN,

   Plaintiff,

     v.

UNNAMED DEFENDANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-615-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action for failure to state a claim. As set forth in the Report and Recommendation, the Plaintiff may not seek review of his criminal conviction by the filing of a § 1983 action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Motions [Doc. 7, 12, 14, 15, 16 & 19] filed after the Report and Recommendation are DENIED.

SO ORDERED, this 22 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Brown\13cv615\r&r.wpd